# United States District Court
# For The Western District of North Carolina
# Charlotte Division

CHRISTOPHER D. ELLERBE,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                      3:10-cv-130-RJC

BOYD BENNETT, et al.,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 19, 2012 Order.

                                                 Signed: September 20, 2012

                                                 Frank G. Johns, Clerk
                                                 United States District Court